FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00218-CR

Runcie Kiran **DOOKERAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8069
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief is due by October 13, 2022. On October 7, 2022, appellant filed a motion requesting a sixty-day extension of time to file her brief. After consideration, we **grant** the motion and **order** the brief due **by December 13, 2022.** Counsel is advised further extensions of time will be disfavored absent extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court